**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE: Lacy F. Richardson  CHAPTER 13
Regina L. Richardson

Debtor(s)  BKY. NO. 21-20983 JAD

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

Kindly enter my appearance on behalf of THE BANK OF NEW YORK MELLON, F/K/A The Bank of New York as trustee for registered Holders of CWABS, Inc., Asset-Backed Certificates, Series 2006-SPS2 and index same on the master mailing list.

Respectfully submitted,

/s/ Maria D. Miksich, Esq.

Brian C. Nicholas, Esq. (317240)
Maria D. Miksich, Esq. (319383)
Rebecca A. Solarz, Esq. (315936)
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
412-430-3594
bkgroup@kmllawgroup.com